

RECEIVED
IN MONROE, LA.
MAY 3 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **JOHNNY HAMBURG** <br> **LA. DOC #483790** | **CIVIL ACTION NO. 12-2944** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN ALVIN JONES** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* be **DISMISSED** in accordance with the provisions of Fed. R. Civ. P. Rule 41(b).

**MONROE, LOUISIANA**, this 31 day of May, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE