

RECEIVED
IN MONROE, LA.

MAY 3 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **JOHNNY HAMBURG** | **CIVIL ACTION NO. 12-2944** |
| **LA. DOC #483790** | |
| | |
| **VERSUS** | **SECTION P** |
| | |
| | **JUDGE ROBERT G. JAMES** |
| | |
| **WARDEN ALVIN JONES** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

**MONROE, LOUISIANA,** this 31 day of May, 2013.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**